Commonwealth *v.* Royster, Appellant.

Argued November 13, 1973. *John F. Wagner, Jr.,* Assistant Public Defender, for appellant; *Lawrence D. Mc-*

*Daniel,* Assistant District Attorney, with him *Richard D. Cicchetti,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.